FILE COPY



# Court of Appeals
## Twelfth Court of Appeals District at Tyler

# BILL OF COSTS

### Court of Appeals No. 12-13-00005-CV

### Trial Court No. 2012-876-A

**The Good Shepherd Hospital, Inc.**

**Vs.**

**Ronald Masten, et al**

| DOCUMENTS FILED | AMOUNT | FEE PAID BY |
|---|---:|---|
| Motion fee | $15.00 | David W Dodge |
| Motion fee | $10.00 | David W Dodge |
| Motion fee | $10.00 | McCathern, PLLC |
| Motion fee | $10.00 | McCathern, PLLC |
| Motion fee | $10.00 | Ted B. Lyons & Associates |
| Motion fee | $10.00 | McCathern Mooty |
| Motion fee | $10.00 | McCathern Mooty |
| Reporter's record | $200.00 | McCathern Mooty Grinke |
| Clerk's record | $855.00 | David W. Dodge |
| Filing | $100.00 | McCathern Mooty |
| Supreme Court chapter 51 fee | $50.00 | McCathern Mooty |
| Indigent | $25.00 | McCathern Mooty |
| **TOTAL:** | $1,305.00 | |

I, Pam Estes, Clerk of the Court of Appeals, Twelfth Court of Appeals District at Tyler, Texas, certify that the above copy of the Bill of Costs is true and correct. GIVEN UNDER MY HAND AND SEAL OF SAID COURT, at Tyler, this 28th day of September 2015, A.D.

PAM ESTES, CLERK

By: *Katrina McClenny*
Katrina McClenny, Chief Deputy Clerk